UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:15CR233 (AVC) |
| | VIOLATIONS: |
| v. | |
| | 26 U.S.C. § 5861(d) (Possession of Unregistered Firearms) |
| STAG ARMS, LLC | |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Possession of Unregistered Firearms)

On or about July 15, 2014 and for some time prior thereto, in the District of Connecticut, the defendant STAG ARMS, LLC did knowingly possess firearms, namely 62 machine guns, as defined in Title 26, United States Code, Section 5845(b), not registered to STAG ARMS, LLC in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d).

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
S. DAVE VATTI
ASSISTANT UNITED STATES ATTORNEY